Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
           mmanning@pszjlaw.com
           ggreenwood@pszjlaw.com

Counsel for E. Lynn Shoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No.: 14-30381 |
|---|---|
| WAUKEEN QUANDRICO MCCOY, | Chapter 7 |
| Debtor. | |
| E. LYNN SCHOENMANN, Trustee, | Adv. Proc. No.: 15-03070 |
| Plaintiff, | **CHAPTER 7 TRUSTEE'S STATUS CONFERENCE STATEMENT** |
| vs. | Date: April 21, 2016<br>Time: 10:00 a.m. |
| BALBINA NEPOMUCENO, | Place: U. S. Bankruptcy Court<br>235 Pine Street, 22nd Floor |
| Defendant. | San Francisco, CA<br>Judge: Honorable Hannah L. Blumenstiel |

E. Lynn Schoenmann, the Trustee ("Trustee") of the chapter 7 estate of Waukeen Quandrico McCoy ("Debtor") submits the following status conference statement and requests that the Court vacate or continue the status conference for ninety days.

## FACTUAL BACKGROUND

1.  The Trustee initiated this adversary proceeding on August 27, 2015 by filing a complaint seeking relief pursuant to section 363(h) of the Bankruptcy Code for the sale of residential property in San Francisco, California (the "Property") that is held in joint tenancy by the Debtor and

defendant Balbina Nepomuceno ("Defendant"). The Trustee concurrently filed a motion for summary judgment.

2. On September 21, 2015, the Trustee and Defendant entered a stipulation which provided for the relief sought in the adversary proceeding and enabling the Trustee to sell the Property free and clear of the interest, if any, of the Defendant pursuant to Bankruptcy Code section 363(h), with Defendant's interest in the Property, if any, attaching to the proceeds of the sale. [Docket No. 14].

3. The Court approved the stipulation [Docket No. 15] and ordered by docket entry that the Trustee dismiss the adversary proceeding within 45 days of any sale of the Property.

**CURRENT STATUS**

4. On March 24, 2016, the Trustee filed a *Motion for Order Approving Sale of Clayton Property Free and Clear of Liens Subject to Overbid* [Main Docket No. 385] ("Sale Motion"). The Sale Motion is scheduled for hearing on April 21, 2016 at 10:00 a.m., the same day as the status conference.

5. Consistent with the Court's order, the Trustee will determine the appropriate course of action for this adversary proceeding once the Property is sold.

6. The Trustee requests that the Court vacate the status conference scheduled on April 21, 2016, or continue the status conference for 90 days pending a sale or other disposition of the Property.

Dated: April 14, 2016   PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Miriam Manning*
     Miriam Manning

     Counsel to E. Lynn Schoenmann,
     Chapter 7 Trustee