Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com
ggreenwood@pszjlaw.com

Counsel for E. Lynn Shoenmann,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.: 14-30381 |
| WAUKEEN QUANDRICO MCCOY, | Chapter 7 |
| Debtor. | |
| E. LYNN SCHOENMANN, Trustee, | Adv. Proc. No.: 15-03070 |
| Plaintiff, | **STIPULATION TO DISMISS ADVERSARY PROCEEDING** |
| vs. | |
| BALBINA NEPOMUCENO, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable herein pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff, E. Lynn Schoenmann, the chapter 7 Trustee herein, and Defendant, Balbina Nepomuceno, by and through their respective counsel of record, herein stipulate to the dismissal of the above-captioned adversary proceeding with prejudice, with each party to bear his or its own costs and expenses, including attorneys' fees and costs.

| | | |
|---|---|---|
| Dated: May 11, 2016 | | PACHULSKI, STANG, ZIEHL & JONES LLP |

By  */s/ Miriam Manning*
Miriam Manning
Counsel to Plaintiff,
E. Lynn Schoenmann, Trustee

Dated: May 11, 2016    MORAN LAW GROUP

By  */s/ Cathleen Cooper Moran*
Cathleen Cooper Moran
Counsel to Defendant, Balbina Nepomuceno

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA