Entered on Docket
May 13, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
   mmanning@pszjlaw.com
   ggreenwood@pszjlaw.com

Counsel for E. Lynn Shoenmann, Chapter 7 Trustee

Signed and Filed: May 13, 2016

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>WAUKEEN QUANDRICO MCCOY,<br>   Debtor. | Case No.: 14-30381<br>Chapter 7 |
| E. LYNN SCHOENMANN, Trustee,<br>   Plaintiff,<br>   vs.<br>BALBINA NEPOMUCENO,<br>   Defendant. | Adv. Proc. No.: 15-03070<br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

Pursuant to the *Stipulation to Dismiss Adversary Proceeding* (the "Stipulation") filed by the parties on May 11, 2016 [Docket No. 23], and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulation is approved and that the above captioned adversary proceeding is dismissed, with prejudice.

*** END OF ORDER ***